IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ABDOLLAH ZEKRI,** on behalf himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**MACY'S RETAIL HOLDINGS, INC.**, a New York corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>) 1:10-CV-1740-MHS<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS

Plaintiffs/Claimants Abdollah Zekri, Lillian Stephens, Kenneth Railey, and Tamekia Brooks ("Plaintiffs") and Defendant/Respondent Macy's Retail Holdings, Inc. ("Defendant"), by and through their undersigned attorneys, hereby file this Joint Motion for Approval of Settlement Agreements and, in support of said Motion, state:

1. The Parties have negotiated and agreed upon settlement agreements which are submitted for *in camera* inspection.

2. The payment is a compromise which was reached through arms-length negotiations and acknowledges Defendant's position that Plaintiffs were exempt from overtime pursuant to the Administrative Exemption under the Fair Labor Standards Act (FLSA), 29 U.S.C. §213(a)(1). As such, the payment reflects a reasonable compromise over disputed issues including Defendant's entitlement to the Administrative Exemption under 29 U.S.C. §213(a)(1) and the hours of overtime allegedly worked by Plaintiffs.

3.  Plaintiffs will receive certain amounts (as specified in their individual settlement agreements) in consideration for their general release of any and all claims against Defendant. Two of the Plaintiffs were employed by Defendant during a very limited period of the applicable statute of limitations that only applied if a willful violation of the statute were established.

4.  Plaintiffs' counsel represents that the fees and costs to be paid are for representing the Plaintiffs from inception of this case through approval of the settlement, the conclusion of the case, and disbursement of funds – separate from and without regard to the amount paid to the Plaintiff to settle the FLSA claims. See *Bonetti v. Embarq Mgmt. Co.*, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009). Plaintiffs' counsel submits that the total amount of the settlement proceeds that Plaintiffs' counsel is to receive under the terms of this settlement agreement will be applied to (and shall fully satisfy all of) litigation costs and attorneys' fees incurred in this matter for the Plaintiffs, separate from the damages payment to the Plaintiffs.

5.  The parties request that the Court approve the settlements in this case pursuant to the standards set forth in *Lynn's Food Stores, Inc. v. United States of America*, 679 F.2d 1350, 1354 (11th Cir. 1982). The *Lynn's Food Store* standards recognize that:

> If a settlement in an FLSA suit does reflect a reasonable compromise over issues, such as FLSA coverage or computation of back wages that are actually in dispute; we will allow the district court to approve the settlement in order to promote the policy of encouraging settlement of litigation.  (*Id.*)

As demonstrated above, the settlement in this case represents a reasonable compromise of disputed issues i.e. the potential application of the 29 U.S.C. §213(a)(1) exemption to the Plaintiffs and the overtime hours allegedly worked by Plaintiffs. The settlement was negotiated at arms-length and is within the range of possible approval.

**WHEREFORE**, Plaintiffs and Defendant request that the Court grant this Joint Motion for Approval of Settlement Agreements.

Respectfully submitted this 9th day of November, 2011,

| | |
|---|---|
| /s/ Leanne C. Mehrman | /s/ Stephen Katz |
| Leanne C. Mehrman | Stephen Katz |
| Georgia Bar No. 312910 | Georgia Bar No. 409065 |
| lmehrman@fordharrison.com | smkatz@smk-law.com |
| | |
| Ford & Harrison LLP | The Katz Law Group |
| 271 17th Street, NW | 4799 Olde Towne Parkway |
| Suite 1900 | Suite 200 |
| Atlanta, GA  30363 | Marietta, Georgia 30068-4350 |
| Telephone: (404) 888-3800 | Telephone: (404) 848-9658 |
| Facsimile:  (404) 888-3863 | Facsimile:  (404) 848-9904 |
| | |
| Attorneys for Defendant/Respondent Macy's Retail Holdings, Inc. | Attorney for Plaintiffs/Claimants |

3

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ABDOLLAH ZEKRI,** on behalf himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | )CIVIL ACTION NO.: 1:10-CV-1740-MHS ) |
| v. | ) ) |
| **MACY'S RETAIL HOLDINGS, INC.**, a New York corporation, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS with the Clerk of the Court using CM/EDF system which will send notification of such filing to the following:

Stephen M. Katz, Esq.
The Katz Law Group
4799 Olde Towne Parkway
Suite 200
Marietta, Georgia 30068-4350

/s/Leanne C. Mehrman
Georgia Bar No. 312910

FORD & HARRISON LLP
271 17th Street, N.W., Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Attorney for Defendant
Macy's Retail Holdings, Inc.

Atlanta:546174.1