# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ABDOLLAH ZEKRI,** on behalf himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MACY'S RETAIL HOLDINGS, INC.,** a New York corporation,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:10-CV-1740-MHS |

## CONSENT ORDER

The matter is before the Court pursuant to the Parties', Plaintiffs/Claimants Abdollah Zekri, Lillian Stephens, Kenneth Railey, and Tamekia Brooks ("Plaintiffs") and Defendant/Respondent Macy's Retail Holdings, Inc.'s ("Defendant"), Joint Motion for Approval of Settlement Agreements. Upon review of the Joint Motion, as well as the four Settlement Agreements submitted to the Court for *in camera* inspection, it is ordered that:

1. The Parties' Joint Motion for Approval of Settlement Agreements (Docket No. 33) is GRANTED.

2. The Court finds that the terms of the Parties' settlements are adequate, proper, fair, and reasonable, and the Settlement Agreements that were submitted to the Court for *in camera* inspection are approved and adopted.

3. The Settlement Agreements themselves shall remain confidential.

4.  The Parties are directed to comply in a timely manner with each an every provision of the Settlement Agreements.

5.  This case is dismissed with prejudice with the Court specifically reserving jurisdiction to enforce the terms and provisions of the Parties' Settlement Agreements.

6.  The Clerk is directed to CLOSE this case.

SO ORDERED this \_\_\_ day of November, 2011.

_____
The Honorable Marvin H. Shoob
Judge, United States District Court

CONSENTED TO:

_____
Leanne C. Mehrman
Georgia Bar No. 312910
lmehrman@fordharrison.com

Ford & Harrison LLP
271 17th Street, NW
Suite 1900
Atlanta, GA  30363
Telephone: (404) 888-3800
Facsimile:  (404) 888-3863

Attorneys for Defendant/Respondent
Macy's Retail Holdings, Inc.

_____
V. Severin Roberts
Georgia Bar No. 940504
severin@smk-law.com

The Katz Law Group
4799 Olde Towne Parkway
Marietta, GA 30068
Telephone: (770) 988-8181
Facsimile:  (770) 988-8182

Attorney for Plaintiffs/Claimants

Atlanta:547151.1